# UNITED STATES DISTRICT COURT
### for the
### District of Arizona

| | |
|---|---|
| United States of America<br><br>v.<br><br>Kenneth Cicolella<br><br>*Defendant(s)* | Case No. MJ 25-8513 - PHX |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about September 17, 2025, in the District of Arizona, the defendant violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 875(c) | **Making Interstate Threats to Injure and Kidnap another Person, to wit: FORMER-GOVERNOR-1** |

This criminal complaint is based on these facts:

See attached Affidavit of Probable Cause

☒ Continued on the attached sheet.

Reviewed by AUSA: Raymond K. Woo /RW/

*Complainant's signature*

JARDAN SMITH, FBI AGENT
*Printed name and title*

Sworn to and signed telephonically.

Date: 9-20-25

*Judge's signature*

MAGISTRATE JUDGE JOHN Z. BOYLE
*Printed name and title*

City and State: Phoenix, Arizona

## AFFIDAVIT OF PROBABLE CAUSE

I, Special Agent Jarden Smith, being first duly sworn, hereby state:

### INTRODUCTION

1. As described further below, this affidavit sets forth probable cause that on or about September 17, 2025, in the District of Arizona, the defendant Kennth Cicolella ("CICOLELLA") made interstate threats to injure and kidnap a former state governor ("FORMER-GOVERNOR-1") in violation of 18 U.S.C. § 875(c). Specifically, CICOLELLA threatened he would: injure the FORMER-GOVERNOR-1 with a firearm; kidnap and injure the FORMER-GOVERNOR-1 by tying him up with rope and "maybe drag[ging] him behind his bike"; and kidnap the FORMER-GOVERNOR-1 by finding him and sending him to jail.

### AGENT BACKGROUND

2. I am a Special Agent with the Federal Bureau of Investigation and have been so employed since March 2018. As a Special Agent, I am authorized to investigate a wide variety of crimes involving violations of federal law. My experience includes the investigation of computer and financial crime. I have received training in the federal criminal statutes that relate to the investigation of these offenses.

3. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents, officers, investigators, or witnesses. This affidavit is intended merely to show that there is sufficient probable cause for issuance of the complaint and does not set forth all my knowledge about this matter.

### PROBABLE CAUSE

4. On or about September 19, 2025, a law enforcement officer with the New Windsor, NY, Police Department provided the FBI with information about possible interstate threats being made by CICOLELLA, a resident of New Windsor, NY.

5. The New Windsor law enforcement officer reported to FBI that CICOLELLA had expressed a desire to travel from New York to Arizona to attend the Charlie Kirk Memorial

Service, scheduled to take place at State Farm Stadium in Glendale, Arizona, on September 21, 2025. The New Windsor law enforcement officer also reported that CICOLELLA has an extensive mental health history and contempt for law enforcement agencies and political figures, including FORMER-GOVERNOR-1, a former governor of a state near New York. In addition, the New Windsor law enforcement officer reported that CICOLELLA had posted a video of himself on his Facebook page two days earlier, on or about September 17, 2025, stating that if FORMER-GOVERNOR-1 was at the Kirk Memorial, CICOLELLA will harm him.

## CURRENT INVESTIGATION

6.  I reviewed CICOLELLA's September 17, 2025, Facebook video, which is titled "Attn: [FORMER-GOVERNOR-1]" followed by several flag and police officer emojis, and certain other postings on CICOLELLA's Facebook page. The September 17 Facebook video and other Facebook posts suggest that CICOLELLA is on a cross-country trip, on his motorcycle, to attend the Kirk Memorial in on September 21, 2025. For example, in the September 17 video,

   a.  CICOLELLA references Charlie Kirk multiple times, including stating "how blessed we are to have people" like Charlie Kirk.

   b.  CICOLELLA appears to be filming himself near an interstate highway. He describes being at a Love's gas station and is standing near a sign for a McDonald's restaurant. He also states that he had breakfast at a Holiday Inn that morning (presumably where he spent the night of September 16, 2025.

---

[1] Charles "Charlie" Kirk was an American political activist, author, and media personality who was shot and killed while speaking at a public event on the Utah Valley University Campus on September 10, 2025.

2

    c.    CICOLELLA talked about going "400 miles" yesterday.

    d.    CICOLELLA states "I look forward to seeing whoever is in Arizona."

    e.    CICOLELLA also shows his motorcycle during the video, on which his own name and "Charlie Kirk" are written, as shown in the picture below which CICOLELLA also posted to his Facebook account.



7.    In the September 17 video, CICOLELLA states he is thinking about his dad and all the people who walked away from him and said that he was crazy. CICOLELLA then states "Well, you're going to see now who's crazy."

8.    Shortly thereafter, CICOLELLA talks about FORMER-GOVERNOR-1. CICOLELLA states that if FORMER-GOVERNOR-1 attends the Kirk Memorial Service

3

in Arizona, CICOLELLA would injure and kidnap him. Specifically, CICOLELLA says, "I don't have my gun. Not yet. I'm going to get it back." I understood CICOLELLA's statement of "Not yet" to mean he was threatening to get a firearm to injure FORMER-GOVERNOR-1. CICOLELLA then states, angrily, "But I do have some rope and I'll tie that motherfucker up. Maybe I'll even tie him to the back of the bike and drag that motherfucker." I understood CICOLELLA to be threatening to kidnap Former-Governor-1 by tying him up and threatening to injure him by dragging him from the back of his motorcycle.

9.  In the September 17 video, CICOLELLA also stated:

> "So [FORMER-GOVERNOR-1], if you're listening, and you're there. I'm going to find you. And if you're not, when I get back, we are gonna come find you, you fat little fuck. I cannot wait to get your fucking ass….Your ass is mine and you're going to jail."

I understood CICOLELLA to be threatening to find and kidnap FORMER-GOVERNOR-1 in Arizona or when CICOLELLA returns home on the East Coast.

10. In investigating CICOLELLA Facebook's account, your affiant determined that CICOLELLA postings are publicly available.

11. A New Windsor law enforcement employee reported to the FBI that CICOLELLA's phone number was known to them to be end in -2879, the Target Cellular Telephone. FBI employees confirmed with the Service Provider that the Target Cellular Telephone is a pre-paid cellular telephone and has been in use since February 20, 2025.

12. The Service Provider provided information to the FBI regarding the location of the Target Cellular Telephone which shows that the Target Cellular Telephone has been moving west through New Mexico. The most recent information shows the Target Cellular Phone moving in a direction towards Glendale, Arizona on Interstate 17.

13. Consistent with the location information, CICOLELLA posted the

4

following picture to his Facebook page today (September 19, 2025) saying, "Hi from New Mexico!"



## CONCLUSION

14. Based on the foregoing, there is probable cause to believe that on or about September 17, 2025, CICOLELLA made interstate threats to injure and kidnap FORMER-GOVERNOR-1 in violation of 18 U.S.C. § 875(c).

15. This affidavit is being sworn telephonically before a United States Magistrate Judge legally authorized to administer an oath for this purpose. I have thoroughly reviewed the affidavit and attest that there is sufficient evidence to establish probable cause that the defendant committed the crimes alleged.

5

Pursuant to 28 U.S.C. § 1746(2), I declare that the foregoing is true and correct to the best of my knowledge and belief.

Respectfully submitted,

JARDEN SMITH
Special Agent, FBI

Subscribed and sworn to me telephonically this __20th__ day of September 2025.

HONORABLE JOHN Z. BOYLE
United States Magistrate Judge