TIMOTHY COURCHAINE
United States Attorney
District of Arizona

RAYMOND K. WOO
Arizona State Bar No. 023050
M. BRIDGET MINDER
Arizona State Bar No. 023356
Assistant U.S. Attorneys
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: Raymond.Woo@usdoj.gov
Email: Bridget.Minder@usdoj.gov
*Attorneys for Plaintiff*

FILED ✓ ___ LODGED
___ RECEIVED ___ COPY

SEP 2 3 2025

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

REDACTED FOR
PUBLIC DISCLOSURE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>Kenneth John Cicolella,<br><br>　　　　　Defendant. | No. CR-25-01316-PHX-GMS (JZB)<br><br>**INDICTMENT**<br><br>VIO: 18 U.S.C. § 875(c)<br>(Making Interstate Threats to Injure and Kidnap)<br>Count 1 |

**THE GRAND JURY CHARGES:**

<u>**COUNT 1**</u>

On or about September 17, 2025, the Defendant, KENNETH JOHN CICOLELLA, did knowingly transmit in interstate and foreign commerce to the District of Arizona and elsewhere a communication containing a threat to kidnap and inflict bodily harm on the person of another, with the intent to communicate a true threat of violence and with recklessness as to whether the communication would be viewed as a true threat of violence, by transmitting on Facebook a video threatening to injure and kidnap a former state governor ("Former-Governor") based on Former-Governor's anticipated attendance at a memorial service being held in Glendale, Arizona, on September 21, 2025, as follows:

  a. If Former-Governor attended the September 21, 2025, memorial service in Arizona, CICOLELLA stated "…"I'll tie that [expletive] up. Maybe I'll even tie him to the back of the bike and drag the [expletive]. So [Former-Governor], if you are listening and you're [at the September 21 memorial service in Arizona], I'm going to find you."

  b. If Former-Governor did not attend the September 21, 2025, memorial service in Arizona, CICOLELLA stated: "… when I get back, we are going to come find you…. I cannot wait to get your [expletive] ass…[Former-Governor]…your ass is mine and you're going to jail."

In violation of Title 18, United States Code, Section 875(c).

A TRUE BILL

/s/
FOREPERSON OF THE GRAND JURY
Date: September 23, 2025

TIMOTHY COURCHAINE
United States Attorney
District of Arizona


/s/
RAYMOND K. WOO
M. BRIDGET MINDER
Assistant U.S. Attorneys